AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 21, 2024**

SEAN F. McAVOY, CLERK

KURT J. ANGELONE, JOHN GRIFFIN HEADRICK, ADAM PERSELL, ALEX MIYARES, and JONATHAN JOHNSTON, )
*Plaintiff* )
v. )  Civil Action No. 2:24-CV-0096-TOR
WASHINGTON STATE DEPARTMENT OF CORRECTIONS, SUPERINTENDENT RONALD HAYNES, AHCC, AARON BROWN, LANCE HALL, SGT. D. YOUNG, SGT. McKINNEY, DANIEL JONES, JANE and JOHN DOE CORRECTIONAL OFFICERS AND PERSONNEL, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff Alex Miyares Motion is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE as to Alex Miyares.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on a motion for Voluntary Dismissal.

Date: 6/21/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*
Wendy Kirkham