AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2024

SEAN F. McAVOY, CLERK

KURT J. ANGELONE, JOHN GRIFFIN HEADRICK, ADAM PERSELL, and JONATHAN JOHNSTON )
*Plaintiff* )
v. )  Civil Action No. 4:24-CV-0096-TOR
WASHINGTON STATE DEPARTMENT OF CORRECTIONS, SUPERINTENDENT RONALD HAYNES, AHCC, AARON BROWN, LANCE HALL, SGT. D. YOUNG, SGT. McKINNEY, DANIEL JONES, JANE and JOHN DOE CORRECTIONAL OFFICERS AND PERSONNEL )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff Jonathan Johnston's Motion, ECF No. 42 is GRANTED.
The Complaint is DISMISSED WITHOUT PREJUDICE as to Jonathan Johnston.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on a motion for Voluntary Dismissal.

Date: 8/2/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*
Wendy Kirkham