AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 29, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| KURT JEFFREY ANGELONE<br>*Plaintiff*<br>v.<br>AARON BROWN, DANIEL JONES, KERRY DEYOUNG, LEONA CHAPMAN, DAWSON BRICKEY, ALEX ROCKSTROM, ZACHARY ESPINOZA, JONATHAN MARTINEZ, and STEVEN NIELSEN<br>*Defendant* | Civil Action No. 2:24-CV-096-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The First Amended Complaint, ECF No. 50, is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

Date: 10/29/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham